# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Agora, Inc., et al.,<br>　　Plaintiffs,<br><br>v.<br><br>Commodity Futures Trading<br>Commission, Defendant. | Civil Action No. JFM 98-3453 |

## ORDER

Upon review of the parties' Stipulation of Settlement and the entire record herein, it is hereby

**ORDERED** that the stipulation is approved, and it is

**FURTHER ORDERED** that this matter is dismissed with prejudice subject to the terms of the Stipulation of Settlement.

　　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　　United States District Judge